Jeffrey S. Allison
Nevada Bar No. 8949
Jeremiah H. Barlow
Nevada Bar No. 11050
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112

E-filed on 4/28/2009

Stephanie Cooper-Herdman
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM, LLP
820 South Valley View Boulevard
Las Vegas, Nevada 89107
Phone: (702) 435-4175
Fax: (702) 877-7424

Attorneys for Defendants BARCLAYS CAPITAL REAL ESTATE, INC dba HOMEQ
SERVICING, erroneously sued herein as HOMEQ SERVICING CORPORATION;
NATIONAL DEFAULT SERVICING CORPORATION; and DEUTSCHE BANK NATIONAL
TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT Dated as
of January 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC1
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC, erroneously sued herein
as DEUTCHE BANK NATIONAL TRUST COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| George P. Chapman, Jr., Brenda J. Gully Chapman, | ) ) ) | CASE NO. |
| Plaintiffs, | ) ) ) | HON. |
| vs. | ) ) ) | **NOTICE OF REMOVAL OF ACTION BASED ON DIVERSITY** |
| Deutsche Bank National Trust Company, as Trustee, a German national corporation, National Default Servicing Corporation, an Arizona Corporation, HomEq Servicing Corporation, a California corporation, all natural persons or legal entities unknown claiming an interest in the subject property and Does 1-20, inclusive, | ) ) ) ) ) ) ) ) ) ) | **[28 U.S.C. § 1441(b)]** |
| . | ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF REMOVAL**
1

I:\CIVIL\HOMEQ\Chapman (49670)\Pldgs\NORFED.doc

**TO THE CLERK OF THE ABOVE COURT AND PLAINTIFF:**

**PLEASE TAKE NOTICE** that Defendants BARCLAYS CAPITAL REAL ESTATE, INC dba HOMEQ SERVICING ("Homeq"), erroneously sued herein as HOMEEQ SERVICING CORPORATION; NATIONAL DEFAULT SERVICING CORPORATION ("NDSC"); and DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC ("Deutsche"), erroneously sued herein as DEUTCHE BANK NATIONAL TRUST COMPANY, collectively "Defendants," hereby remove to this Court the above-captioned action described further below:

1.     A complaint was filed in the Nevada District Court for Washoe County on or about March 30, 2009, entitled <u>Chapman v. Deutsche Bank National Trust, et. al.</u>, Case No. CV09-00924 ("State Court Action").  True and correct copies of the pleadings received to date consisting of the Summons and Complaint are attached hereto collectively as **Exhibit "A"**.

2.     Upon information and belief, Defendants were served on or about April 1, 2009, at the earliest.  As such, Defendants remove this case within 30 days of service, and within one year from the filing of the Complaint.

3.     There are no other named defendants in this action, therefore joinder is inapplicable.

4.     This action is removable in the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(b).  Diversity jurisdiction exists as conferred by 28 U.S.C. § 1332.  Supplemental jurisdiction exists with respect to other claims not subject to removal pursuant to 28 U.S.C. § 1367.

# DIVERSITY OF CITIZENSHIP

5.     The Complaint alleges that Plaintiff(s) "are residents of Washoe County, Nevada." (Cplt. ¶ 1).

6.     Complaint does not allege citizenship of the Defendants, but merely alleges they either are registered with the Secretary of State or conducted business in Nevada. (Cptl. ¶ 2). Homeq (i.e. Barclays) is a Delaware corporation with a principal place of business in New York. It does business as Homeq which also has Offices in North Carolina and California. Copies of the North Carolina and Nevada Offices of the Secretary of State concerning Homeq printed from an internet database are attached collectively as **Exhibit "B."** Defendant NDSC is an Arizona corporation with a principal place of business in Phoenix, Arizona. A Copy of a printout from a public database for the Office of the Secretary of State in Arizona is attached hereto as **Exhibit "C."** Deutsche is a national banking association serving in the capacity as trustee for registered holders of loans and is organized and existing in the State of New York with a principal place of business in California. Copies of printouts from a public records database for the Secretary of State for Nevada and Tennessee, and a printout from the website of the U.S. Securities and Exchange Commission, are attached hereto collectively as **Exhibit "D."**

# AMOUNT IN CONTROVERSY

7.     The Complaint seeks to declaratory and injunctive relief on Plaintiffs' real property the assessed value for which is upon information and belief in excess of $75,000.00. See, Brady v. Mercedes-Benz USA, Inc., 243 F.Supp.2d 1004, (N.D. Cal. 2002) (citing Glenwood Light and Water Co. v. Mutual Light, Heat and Power Co., 239 U.S. 121, 125-26 (1915), "where equitable relief is sought, jurisdiction amount is to be tested by the value of the object to be gained by the complainant").

The Complaint seeks "declaratory and injunctive relief," to "prohibit Defendants from foreclosing upon their home" and to "Quiet Title", the loan debt to which is upon information and belief is well in excess of $300,000 and the total taxable value for which is upon information and belief in excess of $75,000.00.  (Cplt. ¶¶ 10-16, 20-22).  See, Brady v. Mercedes-Benz USA, Inc., 243 F.Supp.2d 1004, (N.D. Cal. 2002) (citing Glenwood Light and Water Co. v. Mutual Light, Heat and Power Co., 239 U.S. 121, 125-26 (1915), "where equitable relief is sought, jurisdiction amount is to be tested by the value of the object to be gained by the complainant").  A copy of a printout from the official website of the Washoe County Assessors is attached hereto as **Exhibit "E."**

10.     Accordingly, there is a complete diversity of citizenship and the amount in controversy in this action likely exceeds the sum of $75,000.00, exclusive of interest and costs. Diversity jurisdiction exists and this action is removed to this Court pursuant to 28 U.S.C. § 1441(b).

DATED: April 28, 2009

HOUSER & ALLISON
A Professional Corporation


/s/ Jeremiah H. Barlow, Esq.
Jeffrey S. Allison, Esq.
Jeremiah H. Barlow, Esq.
Attorneys for Defendants BARCLAYS
CAPITAL REAL ESTATE, INC dba
HOMEQ SERVICING, erroneously sued
herein as HOMEQ SERVICING
CORPORATION; NATIONAL DEFAULT
SERVICING CORPORATION; and
DEUTSCHE BANK NATIONAL TRUST
COMPANY as Trustee under POOLING
AND SERVICING AGREEMENT Dated as
of January 1, 2006 MORGAN STANLEY
ABS CAPITAL I INC. TRUST 2006-NC1
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-NC,
erroneously sued herein as DEUTCHE
BANK NATIONAL TRUST COMPANY

I:\CIVIL\HOMEQ\Chapman (49670)\Pldgs\NORFED.doc

CODE 4085

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

George P. Chapman, Jr. Brenda J.
Gully Chapman
                Plaintiff(s),

vs.

Deutche BANK NatioNAL TRust
COMPANy, NatioNAL Default
Servicing Corporation, /
HomEq Servicing Corporation

CV09 00924

Case No. _____

Dept. No. _____ 7 _____

**SUMMONS**

**TO THE DEFENDANT:   YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU <u>RESPOND IN WRITING</u> WITHIN 20 DAYS. READ THE INFORMATION BELOW VERY CAREFULLY.**

A civil complaint or petition has been filed by the plaintiff(s) against you for the relief as set forth in that document (see complaint or petition).  When service is by publication, add a brief statement of the object of the action.  See Nevada Rules of Civil Procedure, Rule 4(b).

The object of this action is: Declaratory Relief, Injunction, Quiet Title _____.

1.  If you intend to defend this lawsuit, you must do the following within 20 days after service of this summons, exclusive of the day of service:
    a.  File with the Clerk of the Court, whose address is shown below, **a formal written answer** to the complaint or petition, along with the appropriate filing fees, in accordance with the rules of the Court, and;
    b.  Serve a copy of your answer upon the attorney or plaintiff(s) whose name and address is shown below.

2.  Unless you respond, a default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the complaint or petition.

Dated this _____ day of ___ MAR 3 0 2009 _____, 20____.

Issued on behalf of Plaintiff(s):

Name: Terry J. Thomas
Address: 7330 Hunter Glen Drive
Reno, NV 89523
Phone Number: 7775-750-6307

HOWARD W. CONYERS
CLERK OF THE COURT

By: ___ M. Barringer _____
Deputy Clerk
Second Judicial District Court
75 Court Street
Reno, Nevada 89501

1

Code 1425
Terry J. Thomas (#5523)
7330 Hunter Glen Drive
Reno, NV 89523
(775) 750-6307
Attorney for Plaintiff

FILED

2009 MAR 30  AM 9: 06

HOWARD W. CONYERS

BY __M. Barringer__
DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

George P. Chapman, Jr., Brenda J.
Gully Chapman,

           Plaintiffs,

v.

Deutsche Bank National Trust
Company, as Trustee, a German
national corporation, National Default
Servicing Corporation, an Arizona
Corporation, HomEq Servicing
Corporation, a California corporation,
all natural persons or legal entities
unknown claiming an interest in the
subject property and Does 1 - 20,
inclusive,

           Defendants.

CASE NO.:    CV09 00924

DEPT. NO.    7

## COMPLAINT FOR DECLARATORY RELIEF, WRONGFUL FORECLOSURE AND QUIET TITLE

COMES NOW, Plaintiffs, George P. Chapman, Jr. and Brenda J. Gully Chapman, by and through counsel, Terry J. Thomas, Esq., and for their claims for relief and demand for judgment against Defendants above named, jointly and severally, complains and alleges as follows:

### JURISDICTION and VENUE

1.    Plaintiffs George P. Chapman, Jr. and Brenda J. Gully Chapman, are residents of Washoe County, Nevada.  Their home, the subject real property, is located at 363 Linnet

EXHIBIT A
PAGE 2 OF 7

1   Way, Washoe Valley, Nevada, 89704.

2       2.      Deutsche Bank National Trust Company, as Trustee, is a German national

3   corporation, registered with the Nevada Secretary of State. National Default Servicing

4   Corporation, is an Arizona corporation, registered with the Nevada Secretary of State.

5   HomEq Servicing Corporation, is a California corporation whose registration was withdrawn

6   with the Nevada Secretary of State. HomEq Servicing Corporation has been conducting

7   business with Plaintiffs by servicing the Plaintiffs' loan in Nevada.

8       3.      The true names and capacities, whether individual, corporate, associate,

9   partnership or otherwise of the defendants herein designated as Does 1 through 20, inclusive,

10   are unknown to plaintiff, who therefore sues said defendants by such fictitious names.

11       4.      Plaintiffs allege that each named defendant and each defendant herein

12   designated as a Doe defendant is negligently, willfully, maliciously, contractually or

13   otherwise legally responsible for the events and happenings herein referred to and

14   proximately caused injury and damages to Plaintiffs, as herein alleged; Plaintiffs will seek

15   leave of this Court to insert the true names and capacities of such defendants when the same

16   have been ascertained and will further ask leave to join said defendants in these proceedings

17   pursuant to NRCP 10.

18       5.      Based upon information and belief Plaintiffs allege that at all times mentioned

19   herein, the defendants, and each of them, were the agents, servants, employees and/or joint

20   venturers of their co-defendants, and each were as such, acting within the course, scope, and

21   authority of such agency, employment and/or venture, and that each and every defendant, as

22   aforesaid, when acting as a principal, was negligent in the selection, hiring, training and

23   appointment of each and every other defendant as an agent, employee and/or joint venturer.

24                      **FACTUAL ALLEGATIONS**

25       6.      Plaintiffs allege, reallege and incorporates by reference each and every

26   allegation contained in the preceding paragraphs.

27       7.      Plaintiffs were attempting to modify a mortgage taken out to refinance their

28   home in order to pay for Plaintiff George Chapman's cancer treatments. They fell behind on

EXHIBIT A
PAGE 5 OF 7

1 | payments on this mortgage and were constantly told that everything would be worked out;

2 | that new interest and payment rates would modify the mortgage in order to allow Plaintiffs'

3 | to keep their home . However, these statements made by Defendant HomEq Corporation

4 | were false and misleading.

5 |       8.     Unbeknownst to Plaintiffs, Defendants were in the process of foreclosing upon

6 | Plaintiffs' home while negotiating a loan modification.  Plaintiffs were never given notice of

7 | default; nor notice that foreclosure was scheduled; nor notice of the trustee's sale and no

8 | notice of the filing of a deed upon their property.

9 |       9.     Apparently, on or about October 15, 2008, a trustee's sale was held and

10 | Plaintiffs' home was sold to Defendant Deutsche Bank National Trust Company, as Trustee.

11 | First Claim for Relief

12 | Injunctive and Declaratory Relief

13 |      10.    Plaintiffs allege, reallege and incorporates by reference each and every

14 | allegation contained in the preceding paragraphs.

15 |      11.    Plaintiffs were never given statutory notice of the default nor notice of trustee's

16 | sale as required by law and by the statutory notice provisions contained in deeds of trust.

17 |      12.    Plaintiffs were never informed of the name and location of the entity that had

18 | obtained either legal or physical possession of the promissory note and deed of trust on their

19 | property.  Plaintiffs were never informed which entity became the trustee on the promissory

20 | note and deed of trust.  Thus, all of Plaintiffs' efforts to locate a responsible entity to deal

21 | with on their mortgage modification issues fell on deaf ears.

22 |      13.    The failure to adhere to the statutory notice provisions and the provisions in

23 | the deed of  trust are substantial irregularities, illegal, and grounds to vacate the sale.  Thus,

24 | Plaintiffs' interest are adverse to Defendants.'

25 |      14.    Plaintiffs are entitled to a declaratory judgment that the trustee's sale of their

26 | home on or about October 15, 2008, was improperly noticed, improperly carried out and is

27 | null and void ad initio.

28 |

*Page 3*

EXHIBIT A
PAGE 4 OF 7

1      15.    Plaintiffs are entitled to a preliminary and permanent injunction to prohibit
2   Defendants from foreclosing upon their home.

3      16. Plaintiff has incurred damages in dealing with the massively disorganized and
4   open disregard for the law by Defendants.  Defendants' conduct entitles Plaintiff to an award
5   of general and special damages in an amount in excess of $10,000.00, to be determined by
6   proof at time of trial

7      17. Plaintiff has been damaged by Defendants' intentional, and/or reckless conduct,
8   all of which demonstrates actual or implied malice toward Plaintiff.  Defendants' conduct
9   entitles Plaintiff to an award of exemplary damages to punish and deter Defendants in an
10   amount to be determined at time of trial.

11      18. Plaintiff has been required to retain counsel to pursue its rights in this matter for
12   which he it entitled to an award of attorney's fees and costs of suit.

13                          . **SECOND CLAIM FOR RELIEF**

14                                Quiet Title, NRS 40.010

15      19.    Plaintiffs allege, reallege and incorporates by reference each and every
16   allegation contained in the preceding paragraphs.

17      20.    On information and belief Plaintiffs allege that no Defendant owns their
18   promissory note or their deed of trust; that any Defendant can properly be a plaintiff or can
19   foreclose upon their property; that all rights, titles and interest in their property were
20   sublimated into a non-functional "security" instrument that gives no one entity rights in
21   individual notes and deeds of trust.

22      21.    On information and belief Plaintiffs allege that since no entity has obtained all
23   the rights necessary to obtain an interest in Plaintiffs' property, no entity has such interest.

24      22.    Plaintiff seeks to quiet title against all Defendants and each of  them as of the
25   date of this complaint.

26      WHEREFORE, Plaintiff demands judgment against Defendant(s) as follows:

27      1.    For an Order declaring Defendant has released all lien claims and has no right
28   title nor interest in the subject real property..

EXHIBIT A
PAGE 5 OF 7

2.    Judgment quieting title in Plaintiffs' favor as owner in fee simple of the Property described herein.  That Defendant(s) and each of them have no right, title, estates, lien or interest in the Property adverse to Plaintiff's;

3.    For costs of suit;

4.    For reasonable attorney's fees;

5.    For such other, further, or different relief as the court may deem just under the circumstances.

DATED:   March 30, 2009

By: _____
Terry J. Thomas, Attorney for Plaintiffs,
George and Brenda Chapman

## AFFIRMATION
### Pursuant to NRS 239b.030

The undersogned does hereby affirm that the proceeding **COMPLAINT FOR DECLARATORY RELIEF, WRONGFUL FORECLOSURE AND QUIET TITLE** filed in the Second Judicial District Court,

\_\_\_X   Does not contain the social security number of any person

### OR

\_\_\_\_   Contains the social security number of a person as required by:

    A.  A specific state of federal law, to wit:

    _____
    (State specific law)

    B.  For the administration of a public program or fan an application for a federal or state grant.

By: _Terry J. Thomas_      Date: _03/30/09_
Terry J. Thomas, Esq.

EXHIBIT A
PAGE 1 OF 1

AutoTrackXP Corporate Records

## Details of: NEVADA CORPORATE RECORDS

| NEVADA CORPORATE RECORDS | | | |
|---|---|---|---|
| Name: | **BARCLAYS CAPITAL REAL ESTATE INC.** | | |
| Type: | **PROFIT FOREIGN CORPORATION** | | |
| Status: | **ACTIVE** | | |
| Date Incorporated: | **11/01/2006** | Foreign State of Incorporation: | **DE** |
| Corporation Number: | **E0799642006-0** | FEI Number: | |

| Additional Corporation Names: | |
|---|---|
| **BARCLAYS CAPITAL REAL ESTATE INC.** | **PRIMARY** |

| Corporation Officers and Registered Agents: | | | |
|---|---|---|---|
| **SUSAN M. GRBIC** | **DIRECTOR** | **200 PARK AVENUE;FLOOR 4 NEW YORK NY 10166** | **10/25/2008** |
| **MICHAEL MAZZEI** | **PRESIDENT** | **200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166** | **10/25/2008** |
| **MICHAEL MONTGOMERY** | **TREASURER** | **4837 WATT AVENUE, STE. 200 NORTH HIGHLANDS CA 95660** | **10/25/2008** |
| **ALAN B. KAPLAN** | **SECRETARY** | **200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166** | **10/25/2008** |
| **MICHAEL MONTGOMERY** | **DIRECTOR** | **4837 WATT AVENUE;SUITE 200 NORTH HIGHLANDS CA 95660** | **10/25/2008** |
| **THE CORPORATION TRUST COMPANY OF NEVADA** | **(REGISTERED AGENT)** | **6100 NEIL ROAD SUITE 500 RENO NV 89511** | **07/02/2008** |

| Additional Corporation Information: | |
|---|---|
| Stock Par Value Indicator | **Y** |
| Stock Par Value | **100000** |
| Stock Authorized Shares Qty | **100** |

EXHIBIT B
PAGE 1 OF 5

| History Transaction(s): | | |
|---|---|---|
| 10/06/2008 | MISCELLANEOUS ANNUAL LIST-DOCUMENT ID: 20080661322-70 | |
| 12/26/2007 | MISCELLANEOUS ANNUAL LIST-DOCUMENT ID: 20070871498-16 | |
| 11/01/2006 | MISCELLANEOUS FOREIGN QUALIFICATION;INITIAL STOCK VALUE:- DOCUMENT ID: 20060702200-49 | |

**Possible Corporate Affiliations:**

We have identified the following companies to contain a name match for the PRESIDENT: MICHAEL MAZZEI

| MAZZEI, MICHAEL | HOP SKIP AND JUMP, LLC | IL | 02289407 | INVOLUNTARY DISSOLUTION |
|---|---|---|---|---|
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | UT | 6209627-0143 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | IN | 2006083000129 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | UT | 6209627-0131 | ACTIVE |
| MICHAEL J MAZZEI | HOMEQ SERVICING | TX | 0800656063 | IN EXISTENCE |
| MICHAEL MAZZEI | HOMEQ SERVICING | TX | 0800656063 | IN EXISTENCE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | NV | E0799642006-0 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE FINANCE INC. | IL | 63597082 | GOOD STANDING |
| MAZZEI MICHAEL | 2139 NORTH RICHMOND, LLC | IL | 01393278 | NGS |
| MAZZEI MICHAEL | MOLLYD, LLC | IL | 01108328 | INVOLUNTARY DISSOLUTION |
| MICHAEL MAZZEI | BARCLAYS SERVICES CORPORATION | IL | 61003916 | GOOD STANDING |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | IL | 63596957 | GOOD STANDING |
| MAZZEI, MICHAEL | BARCLAYS CAPITAL REAL ESTATE INC. | HI | 35893 F1 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | KY | 0646036 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | MA | 000895348 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE FINANCE INC. | NY | 3064143 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | MT | F049316 | GOOD STANDING |
| MICHAEL | BARCLAYS CAPITAL | FL | F06000005630 | ACTIVE |

EXHIBIT B
PAGE 2 OF 5

| | | | |
|---|---|---|---|
| MAZZEI | REAL ESTATE INC. | | |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | GA 0635872 | ACTIVE/COMPLIANCE |
| MICHAEL MAZZEI | HOMEQ SERVICING | IA 327942 | ACTIVE |
| MAZZEI, MICHAEL | BARCLAYS CAPITAL REAL ESTATE INC. | MS 898073 | GOOD STANDING |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | NH 566688 | IN GOOD STANDING |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | WV 246710 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | AK 103187 | ACTIVE-GOOD STANDING |
| MICHAEL A. MAZZEI | MAZZEI MARKETING & SALES, INC. | OH 1760401 | ACTIVE |
| MICHAEL P MAZZEI | THE FINANCIAL COACH, INC. | OK 1900668474 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | CA C2655025 | ACTIVE |
| MICHAEL MAZZEI | LEHMAN RISK ADVISORS INC. | FL F01000000663 | INACTIVE |
| MICHAEL MAZZEI | TRIVIUM PUBLISHING, LLC | TX 0800592777 | IN EXISTENCE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | OR 35865799 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC | VT F261800 | ACTIVE/IN GOOD STANDING |
| MICHAEL MAZZEI | TRIVIUM PUBLISHING, L.L.C. | LA 35227963K | ACTIVE |
| MICHAEL MAZZEI | MAZZEI REPORTING, INC. | FL P97000002607 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | LA 36259145F | ACTIVE |
| MICHAEL MAZZEI | LEHMAN RISK ADVISORS INC. | IN 2001062000511 | REVOKED FOREIGN |
| MAZZEI, MICHAEL | BARCLAYS CAPITAL REAL ESTATE INC. | VA F168118 | ACTIVE |
| MICHAEL MAZZEI | LEHMAN ALI INC. | UT 1399402-0143 | ACTIVE |
| MICHAEL P MAZZEI | THE MAZZEI FOUNDATION, INC. | OK 2100562396 | ACTIVE |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE FINANCE INC. | CA C2655077 | FORFEITED |
| MICHAEL MAZZEI | COYOTE SYSTEMS | UT 2347915-0151 | EXPIRED |
| MICHAEL MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | NY 3058781 | ACTIVE |

EXHIBIT B
PAGE 3 OF 5

| MICHAEL JOSEPH MAZZEI | BARCLAYS CAPITAL REAL ESTATE INC. | CT  0871292 | ACTIVE |
|---|---|---|---|
| MAZZEI, MICHAEL | BARCLAYS CAPITAL REAL ESTATE INC. | NM 2776607 | ACTIVE |
| MICHAEL MAZZEI | MAZZEI BUSINESS SERVICES, LLC | OH  1370933 | ACTIVE |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

AutoTrackXP Corporate Records

## Details of: NORTH CAROLINA CORPORATE RECORDS

| NORTH CAROLINA CORPORATE RECORDS | | |
|---|---|---|
| Name: | **BARCLAYS CAPITAL REAL ESTATE INC.** | |
| Type: | **PROFIT CORPORATION** | |
| Status: | **ACTIVE** | |
| Date Incorporated: **06/22/2006** | Foreign State of Incorporation: | **DE** |
| Corporation Number: | **0853008 -BUS** | FEI Number: |

| Additional Corporation Names: | |
|---|---|
| **BARCLAYS CAPITAL REAL ESTATE INC.** | **PRIMARY** |

| Corporation Addresses: |
|---|
| Address Type: **MAILING** **200 PARK AVENUE** **NEW YORK,NY** |

| Corporation Officers and Registered Agents: | | | |
|---|---|---|---|
| **CT CORPORATION SYSTEM** | **(REGISTERED AGENT)** | **150 FAYETTEVILLE ST., BOX 1011 RALEIGH NC 27601** | **12/01/2008** |

| History Transaction(s): |
|---|
| 03/10/2009 **MISCELLANEOUS ANNUAL REPORT-DOCUMENT ID: 200906900467** |
| 10/27/2008 **AGENT DATA AMENDED CHANGE OF ADDRESS OF REGISTERED AGENT AND OFFICE-DOCUMENT ID: C20083012722** |
| 04/15/2008 **MISCELLANEOUS ANNUAL REPORT-DOCUMENT ID: 200810604168** |
| 12/04/2007 **MISCELLANEOUS ANNUAL REPORT-DOCUMENT ID: 200733800816** |
| 06/22/2006 **MISCELLANEOUS APPLICATION FOR CERTIFICATE OF AUTHORITY-DOCUMENT ID: C20061720012** |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

EXHIBIT B
PAGE 5 OF 5

AutoTrackXP Corporate Records

## Details of: ARIZONA CORPORATE RECORDS

| ARIZONA CORPORATE RECORDS | |
|---|---|
| Name: | **NATIONAL DEFAULT SERVICING CORPORATION** |
| Type: | **PROFIT CORPORATION** |
| Status: | **ACTIVE/IN GOOD STANDING** |
| Date Incorporated: | **12/11/1995** |
| Corporation Number: | **07639409**          FEI Number: |

| Additional Corporation Names: | |
|---|---|
| **NATIONAL DEFAULT SERVICING CORPORATION** | **PRIMARY** |

| Corporation Addresses: |
|---|
| Address Type:   **BUSINESS**<br>**2525 E CAMELBACK RD #200**<br>**PHOENIX,AZ** |

| Corporation Officers and Registered Agents: | | | |
|---|---|---|---|
| **OLIVIA A TODD** | **PRESIDENT** | **2525 E CAMELBACK RD #200**<br>**PHOENIX AZ 85016** | **03/23/2009** |
| **MARK S BOSCO JR** | **TREASURER** | **2525 E CAMELBACK RD #200**<br>**PHOENIX AZ 85016** | **03/23/2009** |
| **MICHAEL BOSCO** | **SECRETARY** | **2525 E CAMELBACK RD #300**<br>**PHOENIX AZ 85016** | **03/23/2009** |
| **MICHAEL A BOSCO JR** | **(REGISTERED AGENT)** | **2525 E CAMELBACK RD #200**<br>**PHOENIX AZ 85016** | **03/11/2008** |

| History Transaction(s): |
|---|
| **01/28/2005  MISCELLANEOUS 05 ANNUAL REPORT MICROFILM LOCATION: 31849001374** |
| **12/27/2004  MISCELLANEOUS 05 ANNUAL REPORT/MAIL RETURNED MICROFILM LOCATION: 11694005043** |
| **01/12/2004  MISCELLANEOUS 04 ANNUAL REPORT MICROFILM LOCATION: 31786000818** |
| **12/09/2003  MISCELLANEOUS 04 ANNUAL REPORT/MAIL RETURNED MICROFILM** |

EXHIBIT C
PAGE 1 OF 2

LOCATION: 11628011036

| 02/10/2003 | MISCELLANEOUS 03 ANNUAL REPORT MICROFILM LOCATION: 31707000846 |
| 02/20/2002 | MISCELLANEOUS 02 ANNUAL REPORT MICROFILM LOCATION: 31652001904 |
| 02/23/2001 | MISCELLANEOUS 01 ANNUAL REPORT MICROFILM LOCATION: 31608001306 |
| 02/12/2001 | MISCELLANEOUS 01 ANNUAL REPORT MICROFILM LOCATION: 31606003030 |
| 07/17/2000 | MISCELLANEOUS CORP ADDRESS CHG MICROFILM LOCATION: 20259059007 |
| 06/22/2000 | MISCELLANEOUS 99 ANNUAL REPORT MICROFILM LOCATION: 31583001372 |
| 12/21/1999 | MISCELLANEOUS 00 ANNUAL REPORT/MAIL RETURNED MICROFILM LOCATION: 11358038006 |
| 03/24/1999 | MISCELLANEOUS 98 ANNUAL REPORT MICROFILM LOCATION: 31530002413 |
| 02/24/1997 | MISCELLANEOUS 96 ANNUAL REPORT MICROFILM LOCATION: 11121018038 |
| 07/19/1996 | MISCELLANEOUS 95 ANNUAL REPORT MICROFILM LOCATION: 11098027027 |
| 01/09/1996 | MISCELLANEOUS PUB OF ARTICLES MICROFILM LOCATION: 20178059034 |
| 12/11/1995 | MISCELLANEOUS ARTICLES MICROFILM LOCATION: 10986009041 |

## Possible Corporate Affiliations:

We have identified the following companies to contain a name match for the PRESIDENT: OLIVIA A TODD

| OLIVIA A TODD | GREAT AMERICAN TITLE AGENCY, INC. | AZ 08328641 | ACTIVE/IN GOOD STANDING |
| OLIVIA A TODD | NATIONAL DEFAULT SERVICING CORPORATION | AZ 07639409 | ACTIVE/IN GOOD STANDING |
| OLIVIA A. TODD | NATIONAL DEFAULT SERVICING CORPORATION | NV C1737-1996 | ACTIVE |
| OLIVIA A TODD | CALMCO, INC. | TX 0010757706 | WITHDRAWAL |
| OLIVIA TODD | NATIONAL DEFAULT SERVICING CORPORATION | CA C1958993 | ACTIVE |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

EXHIBIT C
PAGE 2 OF 2



Home | Latest Filings | Previous Page



## U.S. Securities and Exchange Commission

### Search Results

IDEA Search Home
User Guide

SEC Home » Search IDEA » IDEA Company Search » *Current Page*

---

## DEUTSCHE BANK NATIONAL TRUST CO CIK#: 0001020242 (see all company filings)

State location: CA | State of Inc.: NY | Fiscal Year End: 1231

Business Address
*3 PARK PLAZA*
*16TH FLOOR*
*IRVINE CA 92614*
*714-247-6000*

Mailing Address
*1761 EAST ST. ANDREW*
*PLACE*
*2ND FLOOR*
*SANTA ANA CA 92705*

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? | | | Limit Results Per Page | Search |
|---|---|---|---|---|---|---|---|
| | | | include | exclude | only | 40 Entries | Show All |

Items 1 - 11  🔊 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-09-000092 (34 Act) | 2009-02-13 | 028-11997 09599508 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-08-000289 (34 Act) | 2008-11-14 | 028-11997 081188935 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-08-000226 (34 Act) | 2008-08-14 | 028-11997 081015909 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-08-000185 (34 Act) | 2008-05-15 | 028-11997 08834657 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-08-000131 (34 Act) | 2008-02-14 | 028-11997 08611581 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-07-000278 (34 Act) | 2007-11-14 | 028-11997 071241590 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-07-000227 (34 Act) | 2007-08-14 | 028-11997 071054054 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-07-000187 (34 Act) | 2007-05-15 | 028-11997 07848031 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-07-000131 (34 Act) | 2007-02-14 | 028-11997 07615582 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-06-000259 (34 Act) | 2006-11-14 | 028-11997 061212258 |
| 13F-NT | (Documents) | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-06-000204 (34 Act) | 2006-08-15 | 028-11997 061033277 |

*http://www.sec.gov/cgi-bin/browse-idea*

EXHIBIT D
PAGE 1 OF 4

AutoTrackXP Corporate Records

## Details of: NEVADA CORPORATE RECORDS

| NEVADA CORPORATE RECORDS | |
|---|---|
| Name: | **DEUTSCHE BANK NATIONAL TRUST COMPANY** |
| Type: | **OTHER** |
| Status: | **ACTIVE** |
| Date Incorporated: | **02/23/2007** |
| Corporation Number: | **E0130572007-5**          FEI Number: |

**Additional Corporation Names:**

**DEUTSCHE BANK NATIONAL TRUST COMPANY**          **PRIMARY**

**Corporation Officers and Registered Agents:**

**THE CORPORATION TRUST COMPANY OF NEVADA**  (REGISTERED AGENT)  6100 NEIL ROAD  07/02/2008  SUITE 500  RENO NV 89511

**History Transaction(s):**

02/23/2007 MISCELLANEOUS APPOINTMENT OF RESIDENT AGENT-DOCUMENT ID: 20070128182-51

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

EXHIBIT D
PAGE 2 OF 4

AutoTrackXP Corporate Records

## Details of: TENNESSEE CORPORATE RECORDS

| H Historical Detail H |
| --- |

### TENNESSEE CORPORATE RECORDS

| | |
| --- | --- |
| Name: | **DEUTSCHE BANK NATIONAL TRUST COMPANY** |
| Type: | **FOREIGN - NOT RELIGIOUS, PROFIT** |
| Status: | **ACTIVE** |
| Date Incorporated: | **04/25/2003** |
| Corporation Number: | **0445867**      FEI Number: |

### Additional Corporation Names:

**DEUTSCHE BANK NATIONAL TRUST COMPANY**      **COMPANY NAME**

### Corporation Addresses:

| | |
| --- | --- |
| H Address Type: | **PRINCIPAL OFFICE**<br>**300 GRAND AVENUE**<br>**41ST FLOOR**<br>**LOS ANGELES,CA** |
| H Address Type: | **MAILING ADDRESS**<br>**MAIL STOP,NYC60-3012**<br>**60 WALL STREET**<br>**NEW YORK,NY** |

### Corporation Officers and Registered Agents:

**H DENNIS GILLESPIE**      **NAME (REGISTERED AGENT)**      **648 GRASSMERE PARK ROAD NASHVILLE TN 37211**

### History Transaction(s):

| | | |
| --- | --- | --- |
| 09/03/2003 | 4901-2114 | **ADD MAIL ADDRESS CHANGED MAILING ADDRESS** |
| 04/25/2003 | 4801-1348 | **APPL FOR CERT OF AUTH - PROFIT** |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

EXHIBIT D
PAGE 3 OF 4

AutoTrackXP Corporate Records

## Details of: TENNESSEE CORPORATE RECORDS

| TENNESSEE CORPORATE RECORDS | |
|---|---|
| Name: | **DEUTSCHE BANK NATIONAL TRUST COMPANY** |
| Type: | **OTHER** |
| Status: | **ACTIVE** |
| Date Incorporated: | **04/25/2003** |
| Corporation Number: | **0445867**      FEI Number: |

| Additional Corporation Names: | |
|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY** | **PRIMARY** |

| Corporation Addresses: |
|---|
| Address Type:   **MAILING**<br>**MAIL STOP,NYC60-3012; 60 WALL STREET**<br>**NEW YORK,NY** |

| Corporation Officers and Registered Agents: | | | |
|---|---|---|---|
| **DENNIS GILLESPIE** | **(REGISTERED AGENT)** | **648 GRASSMERE PARK; ROAD NASHVILLE TN 37211** | **10/17/2007** |

| History Transaction(s): |
|---|
| **04/25/2003   MISCELLANEOUS APPLICATION FOR CERTIFICATE OF AUTHORITY** |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

EXHIBIT D
PAGE 4 OF 4

Parcel Search

**COUNTY SITE MAP      PRINT FRIENDLY      COUNTY HOME PAGE**



(pictured) The Spanish Springs valley is obscured by a thick blanket of winter fog

**County Home** => **Assessor`s Office** => **Property Assessment Data Search** => **Parcel Search**

| New Search |
|---|

**Parcel Summary | Taxable Value History | View Map**
Parcel Summary is a compilation of ownership, legal, building, land, sales, and valuation data with links for additional information.

**Real Property Results for APN # 050-393-11   Card Number 1 of 1**

**00363 LINNET WAY**

**Current Owner Mailing Address**

| Owner1 | Owner 2 or Trustee |
|---|---|
| DEUTSCHE BANK NATIONAL TRST CO | |

**Mailing Address**

| C/O HOMEEQ 701 CORPORATE CENTER DR MAILCODE NC4743 | RALEIGH NC, 27607 |
|---|---|

| Tax Cap Status: | 2009 Change Form Mailed, High Cap Applied   **List of Codes** |
|---|---|

**Click here to check for additional owners**

**Most Recent Property Sales, Document Recording, or Transfer Information**

| Document Date | Value/Sale Price | VCode | Document # | Grantor(Seller)/Assoc Name |
|---|---|---|---|---|
| 10/28/2008 | 270,060 | 3BF | 03700993 | CHAPMAN,GEORGE P JR |

**Click here for additional sales/recorded documents/transfers**

VCodes are an indication of the analysis for the Assessor's Office use only. Further verification may be necessary.

**Most Recent Property Assessment**

Assessed Value is 35% of Taxable Value per NRS 361.225

| Fiscal Year | Land Area | Current Property Use | | |
|---|---|---|---|---|
| 2009* | 1.02AC | 020 - Single Family Residence | | |
| **Taxable Building Value** | **Taxable Land Value** | **Total Taxable Value** | **Personal Property Value** | **Supplemental New Construction** |
| 98,442 | 108,375 | 206,817 | 0 | 0 |

*The 2009 values are preliminary values and are subject to change.

Taxable Values may be rounded

**Click here for tax information from the Treasurer's Office**
**Click here for additional assessment history**

**Narrative Description**

This property contains 1.02 AC of land mainly classified as Single Family Residence. There is(are) 1 Record Card(s) for this Parcel. Record Card number 1 has a(n) Sgl Fam Res style building, built about 1979 , having primary PLYWOOD exterior and COMP SHINGLE roof cover, with 1 unit(s), 3 total bedroom(s), 3 total bath(s), 0 total half bath(s).

**Keyline Legal Description** (May not be full legal description)

**NEW WASHOE CITY 5 LT 1 BLK N**

CLICK ON THE **PARCEL SUMMARY** LINK FOR ADDITIONAL DATA

**Click Property Images to Enlarge**

Property Photo Is Not Available On-Line.

EXHIBIT E
PAGE 1 OF 2

UnSketched SubAreas.
GARS: 672,
GLA: 1877,
PORI: 60,

Sum Area By Label:

**sketch code descriptions**

If the property sketch is not available on-line you can obtain a copy by calling (775) 328-2277 or send an email to
**exemptions@washoecounty.us** with **'Sketch Request'** in the subject line. Please include the APN.

This is a true and accurate copy of the records of the Washoe County Assessor's Office as of 04/26/2009.

for technical issues regarding this site, please **contact the webmaster**

EXHIBIT E
PAGE 2 OF 2

1

## CERTIFICATE OF MAILING

2

      I hereby certify that I am over the age of eighteen (18), that I am not a party to this action,

3

and that on this date I caused to be served a true and correct copy of the following documents:

4

**NOTICE OF REMOVAL OF ACTION BASED ON DIVERSITY**

5

By:    X    U.S. Mail

6

        __    Facsimile transmission

7

        __    Overnight Mail

        __    Hand and/or Personal Delivery

8

9

and addressed to the following:

10

TERRY J. THOMAS

7330 Hunter Glen Drive

11

Reno, NV 89523

12

*Attorney for Plaintiffs*

13

14

Dated: April 28, 2009

15

An employee of HOUSER & ALLISON, APC

16

17

18

19

20

21

22

23

24

25

26

27

28