**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE CHAPMAN, JR. and BRENDA J. GULLY CHAPMAN, <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., <br><br>　　　　　Defendants. | 3:09-cv-00228-RCJ-VPC <br><br> **ORDER** |

　　　　IT IS HEREBY ORDERED that the Parties shall submit a status report, within thirty (30) days of the entry of this Order, explaining whether the state court detainer action remains ongoing. If the action is still ongoing, the Parties should show cause why this action should not be dismissed without prejudice. If the state court action is no longer ongoing, the Parties should show cause why this action should not be dismissed, without prejudice, for failure to prosecute.

　　　　IT IS SO ORDERED.

Dated:  December 11, 2013

_____
ROBERT C. JONES
United States District Judge

1